

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/12/2025 02:00 PM

COURTROOM 6A, 6th Floor

**HONORABLE TIFFANY GEYER**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:24-bk-06693-TPG | Chapter 7 | 03/07/2025 |
| **ADVERSARY:** 6:25-ap-00039-TPG | | **Pltf Atty:** Tiffany  Troy |
| | | **Dft Atty:** Jianyin  Liu |

**DEBTOR:**      Trinh Hue Huynh

**HEARING:**

Chen et al v. Huynh

1) Continued Pretrial Conference
Complaint by Yanhong Chen and Xin Qiang against Vidalina Trinh Huynh (Doc #1) 3/7/25
Preliminary Hearing
2) Defendant's Second Motion to Dismiss Adversary Proceeding (Doc #26) 9/6/25
Note: 5/21, 7/9, 9/3 (defendant must file answer to count I by 9/17)
Notice of District Court Cases Status Report (Doc #17) 8/27/25
Order Granting in Part and Denying in Part Motion to Dismiss Adversary Proceeding The motion is denied without prejudice as to Count I. Count II is dismissed with prejudice (Doc #12) 5/21/25
Nature of Suit:
[68 (Dischargeability - 523(a)(6), willful and malicious injury)]
[41 (Objection / Revocation of Discharge -
       727(c),(d),(e))]    *Dismissed w/prejudice*

**APPEARANCES::**

Aaron Schweitzer (Plaintiff),
Jianyin Liu (Defendant),

**RULING:** Continued to 1/7/2026 at 2:00 PM (AOCNFNG),

 1)    Continued Pretrial Conference

Complaint by Yanhong Chen and Xin Qiang against Vidalina Trinh Huynh   (Doc #1),

Preliminary Hearing

 2)   Defendant's Second Motion to Dismiss Adversary Proceeding   (Doc #26),

Note: Matter will be set for trial if not resolved. Plaintiff will file a notice of filing with Judge Covington's ruling on IRC claim.

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.